NUMBER 13-05-310-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

__________________________________________________________________

 

KRISTOPHER ACOSTA,                                                                  Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

__________________________________________________________________

 

      On appeal from the 347th
District Court of Nueces County, Texas.

__________________________________________________________________

 

                               MEMORANDUM
OPINION

                                                              

        Before Chief Justice Valdez
and Justices Rodriguez and Garza

                                 Memorandum
Opinion Per Curiam

                                                                              

Appellant, KRISTOPHER ACOSTA, attempts to appeal a conviction for sexual
assault.  The trial court has
certified that Athe defendant has waived the right of appeal.@  See Tex. R. App. P. 25.2(a)(2).








On June
8, 2006, this Court notified appellant=s counsel of the trial court=s certification and ordered counsel to: (1) review
the record; (2) determine whether appellant has a right to appeal; and (3)
forward to this Court, by letter, counsel=s
findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

On June
26, 2006, counsel filed a letter brief with this Court.  Counsel=s response does not establish that the certification
currently on file with this Court is incorrect or that appellant otherwise has
a right to appeal.  

The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court=s certification does not show that the defendant has
the right of appeal.  Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. 
Any pending motions are denied as moot.

 

PER CURIAM

 

Do not publish. 


Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed

this the 29th day of June, 2006.